## COLBAUGH v. STATE.
### No. 14193.

Court of Criminal Appeals of Texas.
May 13, 1931.

Thos. E. Cooper, of Big Lake, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for the fraudulent disposition of mortgaged property, punishment being two years in the penitentiary.

The record is before this court without statement of facts or bills of exception. In this condition nothing is presented for review.

The judgment is affirmed.

## HUDSPETH v. STATE.
### No. 14416.

Court of Criminal Appeals of Texas.
May 6, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, J.

Conviction is for theft of property of more than $50 in value; punishment assessed being confinement in the penitentiary for six years.

It is made known to the court by proper affidavit that pending the appeal appellant escaped from the jail of Clay county where he was being held until the case was finally disposed of. Under the provisions of article 824, C. C. P., said escape terminates the jurisdiction of this court.

The appeal is ordered dismissed.